**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LINH MY VUONG,

     Plaintiff,

v.                                Case No. 3:25-cv-1546-TJC-LLL

JOSEPH B. EDLOW, in his official
capacity as Director of U.S.
Citizenship and Immigration
Services,

     Defendant.

## O R D E R

This case is before the Court on review of Plaintiff's complaint. (Doc. 1). On January 7, 2026, the Court directed Plaintiff to review the complaint and file either an amended complaint or a notice addressing why the complaint should not be considered "shotgun," no later than January 23, 2026. (Doc. 8). On January 28, 2026, the Court dismissed Plaintiff's complaint without prejudice for failure to meet the January 23 deadline, and permitted Plaintiff to file an amended complaint by February 27, 2026. (Doc. 9). Plaintiff did not do so.

Due to Plaintiff's failure to follow the Court's orders and failure to prosecute this action, the case is hereby **DISMISSED without prejudice**. See Fed. R. Civ. P. 41(b); Brown v. Tallahassee Police Dep't, 205 F. App'x 802, 802

(11th Cir. 2006) (citing Fed. R. Civ. P. 41(b); Lopez v. Aransas Cnty. Indep. Sch. Dist., 570 F.2d 541, 544 (5th Cir. 1978)) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**DONE AND ORDERED** in Jacksonville, Florida, the 17th day of March, 2026.



TIMOTHY J. CORRIGAN
Senior United States District Judge

hms
Copies:

Counsel of record

2